Perry J. Schneider, Esq.
Hannah Stone, Esq.
MILODRAGOVICH, DALE
& STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
Telephone: (406) 728-1455
Fax No: (406) 549-7077
E-Mail:  perrys@bigskylawyers.com
         hstone@bigskylawyers.com
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>　　　　Petitioner,<br><br>　　-vs-<br><br>SUMMIT PROPERTY MANAGEMENT, INC.,<br><br>　　　　Respondent. | Cause No.  9:20-cv-00187-DWM<br><br>**PETITIONER'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**TO:   CLERK OF U.S. DISTRICT COURT**

　　Attorney for the Petitioner, Penn-Star Insurance Company ("Penn-Star"), hereby gives notice of dismissal of this action **without** prejudice pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  No answer or motion for summary judgment has been filed on behalf of the Respondent, Summit Property Management, Inc.

　　DATED this 28th day of January, 2021.

　　　　　　　　　　　　　　　　　　By:   /s/ Perry J. Schneider
　　　　　　　　　　　　　　　　　　　　Perry J. Schneider

　　　　　　　　　　　　　　　　　　MILODRAGOVICH, DALE
　　　　　　　　　　　　　　　　　　& STEINBRENNER, P.C.
　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner*