IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>SUMMIT PROPERTY MANAGEMENT, INC.,<br><br>             Defendant. | CV 20–187–M–DWM<br><br>ORDER |

Plaintiff Penn-Star Insurance Company having moved to voluntarily dismiss this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

IT IS ORDERED that all pending motions are DENIED as MOOT and deadlines VACATED.  The case is DISMISSED WITHOUT PREJUDICE.

DATED this  28th day of January, 2021.

_____  14:12 PM
Donald W. Molloy, District Judge
United States District Court